# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAKISHA JOHNSON,<br><br>Defendant. | Case No. SACR-13-00098-AG-5<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

  ☐ the appearance of defendant as required; and/or

  ☒ the safety of any person or the community.

//
//
//

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that she does not pose such a risk. The risk to the safety of other persons or the community is based on: economic danger posed by new charges as alleged in violation petition; new charges are similar in nature to underlying offense conduct

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 3/25/2019

*Rozella A. Oliver*
_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE